# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2011

143170

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DELEON DESHON TATE,
      Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143170
COA: 294858
Wayne CC: 99-012470-FC

On order of the Court, the application for leave to appeal the April 14, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2011

Clerk

t1017